B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Byrd Restaurants Royal Palm**      Case No. **19-12991**
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **April**        Date filed: **6/4/19**

Line of Business: **Restaurant**        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ J.B._
Original Signature of Responsible Party

**Jerome Byrd Jr.**
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 78,925.38

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 7,738.20

Cash on Hand at End of Month     $ 639.84

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 94,940.70

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 78,925.38

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 94,940.70

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ -16,015.32

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ **Summary Attached**

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ **0**

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 21 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 20 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 4,000 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ $12,000 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 81,000 | $ 78,925.38 | $ 2,074.62 |
| EXPENSES | $ 84,000 | $ 94,940.70 | $ 10,940.7 |
| CASH PROFIT | $ (-3000) | $ (-16,015.32) | $ (-13,015.32) |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 81,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 84,000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ -3,000

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Comprehensive Zaxbys DSR

RoyalPalmBeachFL - BRR1 - 65301

Zeigler, Sophia

From : 04/01/2019   To : 04/30/2019

Printed on 6/2/2019 - 10:20 AM

## CASH RECONCILIATION

| | Transactions | Totals | Includes Discounts |
|---|---|---|---|
| Total Sales Plus Tax | | 90,743.26 | 92,202.88 |
| - Visa | 3,780 | 50,554.89 | |
| - Master Card | 894 | 11,399.41 | |
| - Amex | 0 | 0.00 | |
| - Discover | 58 | 684.84 | |
| Online Ordering Payments | | | |
| - Visa | 0 | 0.00 | |
| - Master Card | 0 | 0.00 | |
| - Amex | 0 | 0.00 | |
| - Discover | 0 | 0.00 | |
| - LevelUp | 73 | 1,442.13 | |
| - College Card | 0 | 0.00 | |
| | 0 | 0.00 | |
| | 0 | 0.00 | |
| | 0 | 0.00 | |
| + Gift Cards Sold | 0 | 0.00 | |
| - Gift Cards Redeemed | 33 | 294.00 | |
| +/- Net Paid Ins/Outs | 0 | 0.00 | |
| - Discounts | 482 | | 1,459.62 |
| (+)/- Open Checks | (9) | 0.00 | |
| = Expected Deposit | | 26,367.99 | 26,367.99 |
| - Actual Deposit | | 26,388.15 | 26,388.15 |
| = (Over) / Short | | (20.16) | (20.16) |

## SALES & TAX SUMMARY

| | | | |
|---|---|---|---|
| Total Sales Plus Tax | | 90,743.26 | 92,202.88 |
| - Tax Exempt Sales | | 951.30 | |
| - Tax Collected | | 5,877.20 | |
| = Taxable Sales | | 83,914.76 | 85,374.38 |
| + Tax Exempt Sales | | 951.30 | |
| = Gross Sales | | 84,866.06 | 86,325.68 |
| - Discounts | | | 1,459.62 |
| = Net Sales | | 84,866.06 | 84,866.06 |

## TAX RATES

| | Tax Percentage | Total Dollar Amount |
|---|---|---|
| Tax: | 7.00 % | 5,849.50 |
| Inclusive: | 7.00 % | 27.70 |
| **Tax Totals:** | | **5,877.20** |

## ROYALTY & ADVERTISING

| | Percentage | Total Dollar Amount |
|---|---|---|
| Royalty: | 6.00% | 5,091.96 |
| Nat'l Marketing: | 1.00% | 848.66 |
| Co-op Advertising: | 0.00% | 0.00 |

*Deducted From NET Sales* (handwritten note)

## LABOR SUMMARY

| | Reg Hours | OT Hours | Total Hours | Total Dollars | % of Sales |
|---|---|---|---|---|---|
| Cashier | 713.03 | 0.00 | 713.03 | 6,944.43 | 8.18% |
| Cook | 390.36 | 0.00 | 390.36 | 3,302.45 | 3.89% |
| Manager | 461.93 | 15.63 | 477.56 | 5,258.25 | 6.20% |
| Catering | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Labor Totals: | 1,565.32 | 15.63 | 1,580.95 | 15,505.12 | 18.27% |

## CRUNCHTIME SCHEDULE VS MICROS ACTUAL LABOR HOURS

| CrunchTime Scheduled Hours | Micros Actual Hours | Variance |
|---|---|---|

## ADJUSTMENTS

| | Quantity | Amount | % of Net |
|---|---|---|---|
| Voids | 875 | 880.84 | 0.01 % |
| Returns | 175 | 146.72 | 0.00 % |
| Open Checks | (9) | 0.00 | 0.00 % |
| No Sales | 0 | | |

## DISCOUNTS/COMPS

| | Quantity | Amount | % of Net |
|---|---|---|---|
| Corp 50% | 0 | 0.00 | 0.00 % |
| Employee 50% | 10 | 174.24 | 0.00 % |
| Manager 100% | 48 | 310.40 | 0.00 % |
| Mngr FNS | 0 | 0.00 | 0.00 % |
| Comp Card | 1 | 14.98 | 0.00 % |
| Core Discount Totals: | 59 | 499.62 | 0.01 % |
| Other Discounts/Comps | 423 | 960.00 | 0.01 % |
| Total Discounts/Comps | 482 | 1,459.62 | 0.02 % |

## SALES DETAIL

### COST CENTER

| Cost Center | Trans | Sales | Avg Trans | % of Net |
|---|---|---|---|---|
| Dine In | 1,561 | 19,234.07 | 12.32 | 22.28 % |
| To Go | 1,029 | 12,514.24 | 12.16 | 14.50 % |
| Drive Thru | 4,565 | 52,403.99 | 11.48 | 60.70 % |
| Call In | 68 | 802.82 | 11.81 | 0.93 % |
| Online Order | 73 | 1,370.56 | 18.77 | 1.59 % |
| **Net Sales** | **7,296** | **86,325.68** | **11.83** | **100.00 %** |
| Tax | | 5,877.20 | | |
| **Total Sales** | | **92,202.88** | | |

### CATEGORY

| | Trans | Sales | % of Net |
|---|---|---|---|
| 1 - Most Popular Meals | 7,862 | 28,183.19 | 32.65 % |
| 2 - Sandwich Meals | 1,975 | 13,829.65 | 16.02 % |
| 3 - Zalads | 1,275 | 10,862.75 | 12.58 % |
| 4 - Buffalo Wings | 540 | 4,861.60 | 5.63 % |
| 5 - Chicken Fingerz | 245 | 2,577.55 | 2.99 % |
| 6 - Sandwiches | 2,418 | 2,074.27 | 2.40 % |
| 7 - Platterz | 15 | 797.85 | 0.92 % |
| 8 - Zappetizers | 802 | 3,011.98 | 3.49 % |
| 9 - Kidz | 617 | 514.80 | 0.60 % |
| 10 - Dessertz | 465 | 463.85 | 0.54 % |
| 11 - Sides | 10,532 | 1,635.45 | 1.89 % |
| 12 - Beverages | 8,513 | 1,874.71 | 2.17 % |
| 13 - Condiments | 49,409 | 371.42 | 0.43 % |
| 18 - Catering | 50 | 278.70 | 0.32 % |
| 22 - Miscellaneous | 7,598 | 14,987.91 | 17.36 % |
| **Total** | **92,316** | **86,325.68** | **100.00 %** |

### SHIFT

| | Trans | Sales | Avg Trans |
|---|---|---|---|
| Breakfast (6A - 10:30A) | 3 | 10.62 | 3.54 |
| Lunch (10:30A - 2P) | 2,472 | 26,534.46 | 10.73 |
| Snack (2P - 5P) | 1,715 | 20,464.25 | 11.93 |
| Dinner (5P - 8P) | 1,795 | 23,748.46 | 13.23 |
| Late Night Snack (8P - 12A) | 1,293 | 15,559.21 | 12.03 |
| Midnight Snack (12A - 3A) | 18 | 10.68 | 0.59 |
| **Shift Totals:** | **7,296** | **86,325.68** | **11.83** |

11:35 AM
06/02/19

# JTJ Royal Palm
## A/P Aging Summary
### As of April 1, 2019

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| AmeriGas | 928.67 | 828.67 | 0.00 | 0.00 | 0.00 | 1,757.34 |
| Comcast | 277.81 | 0.00 | 0.00 | 0.00 | 0.00 | 277.81 |
| Dar Pro | 216.00 | 0.00 | 0.00 | 0.00 | 0.00 | 216.00 |
| Flowers Foods | 370.44 | 0.00 | 0.00 | 0.00 | 0.00 | 370.44 |
| Heritage Food Service Group Inc | 140.00 | 1,055.50 | 0.00 | 0.00 | 0.00 | 1,195.50 |
| Mood Media -2 | 53.49 | 53.49 | 0.00 | 0.00 | 53.49 | 160.47 |
| NuCO2 | 87.63 | 0.00 | 0.00 | 0.00 | 0.00 | 87.63 |
| Oracle America, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,139.41 | 1,139.41 |
| Palm Beach County Water | 787.45 | 0.00 | 0.00 | 0.00 | 0.00 | 787.45 |
| Republic Services 7357 | 1,124.65 | 0.00 | 0.00 | 0.00 | 0.00 | 1,124.65 |
| Trustwave SecureConnect | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| Zaxby's Franchising | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| **TOTAL** | **3,986.14** | **2,287.66** | **0.00** | **500.00** | **1,192.90** | **7,966.70** |


# Bank
America's Most Convenient Bank®   STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT
OPERATING
9247 EQUUS CIR
BOYNTON BEACH FL 33472-4327

Page: 1 of 8
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: 4362786449-039-T-###
Primary Account #: 436-2786449

## Chapter 11 Checking
BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

Account # 436-2786449

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,738.20 | Average Collected Balance | 3,464.64 |
| Deposits | 28,344.24 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 72,454.09 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 238.14 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 13,194.13 | | |
| Electronic Payments | 93,977.43 | | |
| Other Withdrawals | 963.27 | | |
| Ending Balance | 639.84 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DEPOSIT | 1,106.83 |
| 04/01 | DEPOSIT | 947.10 |
| 04/01 | DEPOSIT | 779.55 |
| 04/02 | DEPOSIT | 926.05 |
| 04/03 | DEPOSIT | 681.93 |
| 04/04 | DEPOSIT | 978.97 |
| 04/05 | DEPOSIT | 861.71 |
| 04/08 | DEPOSIT | 1,140.03 |
| 04/08 | DEPOSIT | 1,015.12 |
| 04/08 | DEPOSIT | 825.35 |
| 04/09 | DEPOSIT | 728.15 |
| 04/10 | DEPOSIT | 715.79 |
| 04/11 | DEPOSIT | 611.30 |
| 04/12 | DEPOSIT | 972.15 |
| 04/15 | DEPOSIT | 1,221.98 |
| 04/15 | DEPOSIT | 1,043.36 |
| 04/15 | DEPOSIT | 810.70 |
| 04/16 | DEPOSIT | 727.63 |
| 04/17 | DEPOSIT | 894.69 |
| 04/18 | DEPOSIT | 857.52 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance    639.84

Total Deposits    +

Sub Total

Total Withdrawals    -

Adjusted Balance

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

| | |
|---|---|
| Page: | 3 of 8 |
| Statement Period: | Apr 01 2019-Apr 30 2019 |
| Cust Ref #: | 4362786449-039-T-### |
| Primary Account #: | 436-2786449 |

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/19 | DEPOSIT | 704.81 |
| 04/22 | DEPOSIT | 1,337.22 |
| 04/22 | DEPOSIT | 1,049.24 |
| 04/23 | DEPOSIT | 782.56 |
| 04/24 | DEPOSIT | 726.70 |
| 04/25 | DEPOSIT | 717.87 |
| 04/26 | DEPOSIT | 981.84 |
| 04/29 | DEPOSIT | 1,296.20 |
| 04/29 | DEPOSIT | 1,286.90 |
| 04/29 | DEPOSIT | 957.37 |
| 04/30 | DEPOSIT | 657.62 |
| | Subtotal: | 28,344.24 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/01 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,175.03 |
| 04/01 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8662169 | 59.57 |
| 04/02 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,579.45 |
| 04/02 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,400.41 |
| 04/02 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,026.03 |
| 04/02 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8682024 | 143.00 |
| 04/02 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8692027 | 94.88 |
| 04/02 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8672713 | 36.45 |
| 04/03 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,671.12 |
| 04/03 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8700637 | 11.22 |
| 04/04 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,943.04 |
| 04/04 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8710126 | 87.89 |
| 04/04 | eTransfer Credit, Online Xfer Transfer from CK 4362786415 | 100.00 |
| 04/05 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,683.29 |
| 04/05 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8719343 | 35.44 |
| 04/08 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,594.53 |
| 04/08 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8730238 | 119.99 |
| 04/09 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 3,142.29 |
| 04/09 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,767.91 |
| 04/09 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,185.48 |
| 04/09 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8750349 | 115.67 |
| 04/09 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8739940 | 22.63 |
| 04/10 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,716.08 |
| 04/11 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,909.02 |



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

Page: 4 of 8
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: 4362786449-039-T-###
Primary Account #: 436-2786449

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/11 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8778264 | 13.14 |
| 04/11 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362786415 | 1,000.00 |
| 04/11 | eTransfer Credit, Online Xfer<br>Transfer from CK 4282967898 | 500.00 |
| 04/11 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362786415 | 100.00 |
| 04/12 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,890.57 |
| 04/12 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8788326 | 103.79 |
| 04/15 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 3,278.43 |
| 04/16 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,667.18 |
| 04/16 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,463.42 |
| 04/16 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,902.79 |
| 04/16 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8821119 | 83.59 |
| 04/16 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8830604 | 71.89 |
| 04/16 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8808750 | 21.80 |
| 04/17 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,649.47 |
| 04/17 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8837947 | 96.12 |
| 04/18 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,797.53 |
| 04/18 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8848479 | 61.18 |
| 04/19 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,073.62 |
| 04/19 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8858281 | 8.76 |
| 04/22 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,091.78 |
| 04/22 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8867784 | 31.88 |
| 04/22 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362786415 | 890.00 |
| 04/23 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,551.93 |
| 04/23 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,541.02 |
| 04/23 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8877711 | 10.69 |
| 04/23 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8887249 | 6.94 |
| 04/24 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,764.38 |
| 04/25 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,711.86 |
| 04/25 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8911552 | 6.94 |
| 04/26 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,924.14 |
| 04/26 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8919661 | 80.91 |
| 04/29 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 1,970.92 |
| 04/29 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8928570 | 9.07 |
| 04/30 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,912.87 |
| 04/30 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,727.66 |
| 04/30 | CCD DEPOSIT, PAYMENTECH DEPOSIT 6133821 | 2,445.60 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

Page: 5 of 8
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: 4362786449-039-T-###
Primary Account #: 436-2786449

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8942225 | 150.30 |
| 04/30 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8960596 | 144.73 |
| 04/30 | CCD DEPOSIT, LEVELUP INC LU PAYMENT 8951877 | 76.77 |
| | Subtotal: | 72,454.09 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23 | RETURNED ITEM | 238.14 |
| | Subtotal: | 238.14 |

### Checks Paid    No. Checks: 10
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | 1006 | 318.34 | 04/24 | 1013 | 120.00 |
| 04/05 | 1010* | 422.50 | 04/18 | 1014 | 325.00 |
| 04/19 | 1011 | 11.48 | 04/01 | 1022* | 365.00 |
| 04/22 | 1012 | 238.14 | 04/10 | 1023 | 10,833.33 |
| 04/24 | 1012* | 238.14 | 04/23 | 1024 | 322.20 |
| | | | | Subtotal: | 13,194.13 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | eTransfer Debit, Online Xfer<br>Transfer to CK 4282967898 | 1,000.00 |
| 04/01 | CCD DEBIT, LEVELUP INC LU PAYMENT 8662168 | 1.69 |
| 04/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 9,200.00 |
| 04/02 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****030248 WEBI | 1,960.19 |
| 04/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 1,000.00 |
| 04/02 | CCD DEBIT, LEVELUP INC LU PAYMENT 8682023 | 4.09 |
| 04/02 | CCD DEBIT, LEVELUP INC LU PAYMENT 8692026 | 3.02 |
| 04/02 | CCD DEBIT, LEVELUP INC LU PAYMENT 8672712 | 1.17 |
| 04/03 | CCD DEBIT, PAYMENTECH FEE 6133821 | 1,608.89 |
| 04/03 | CCD DEBIT, ZAXBYS OPERATING ACH DEBIT BYRD RESTAURANT | 582.63 |
| 04/03 | CCD DEBIT, ZAXBYS MULTI-DMA ACH DEBIT BYRD RESTAURANT | 291.31 |
| 04/03 | CCD DEBIT, ZAXBYS NATL MKT ACH DEBIT BYRD RESTAURANT | 194.21 |
| 04/03 | CCD DEBIT, FLA DEPT REVENUE C01 75494763 | 161.48 |
| 04/03 | CCD DEBIT, LEVELUP INC LU PAYMENT 8700636 | 0.43 |
| 04/04 | CTX DEBIT, PFG - POWELL AR PAYMENT ****003391 | 7,854.10 |
| 04/04 | CCD DEBIT, LEVELUP INC LU PAYMENT 8710125 | 2.51 |
| 04/05 | CCD DEBIT, LEVELUP INC LU PAYMENT 8719342 | 1.51 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

| | |
|---|---|
| Page: | 6 of 8 |
| Statement Period: | Apr 01 2019-Apr 30 2019 |
| Cust Ref #: | 4362786449-039-T-### |
| Primary Account #: | 436-2786449 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/08 | eTransfer Debit, Online Xfer<br>Transfer to CK 4282967898 | 1,000.00 |
| 04/08 | CCD DEBIT, LEVELUP INC LU PAYMENT 8730237 | 3.76 |
| 04/09 | ELECTRONIC PMT-WEB, MSA GROUP (ABSOR BILL PAY ****5468991 | 1,638.11 |
| 04/09 | ACH DEBIT, PBC WATER UTILI WATER BILL ****746348 | 787.45 |
| 04/09 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 200.00 |
| 04/09 | CCD DEBIT, LEVELUP INC LU PAYMENT 8750350 | 8.98 |
| 04/09 | CCD DEBIT, LEVELUP INC LU PAYMENT 8750348 | 3.65 |
| 04/09 | CCD DEBIT, LEVELUP INC LU PAYMENT 8739939 | 0.87 |
| 04/10 | CCD DEBIT, YOUR PROPANE COM BT0408 78837220 | 828.67 |
| 04/10 | CCD DEBIT, ZAXBYS OPERATING ACH DEBIT BYRD RESTAURANT | 614.18 |
| 04/10 | CCD DEBIT, ZAXBYS MULTI-DMA ACH DEBIT BYRD RESTAURANT | 307.09 |
| 04/10 | CCD DEBIT, ZAXBYS NATL MKT ACH DEBIT BYRD RESTAURANT | 204.73 |
| 04/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 200.00 |
| 04/11 | CTX DEBIT, PFG - POWELL AR PAYMENT ****003391 | 6,756.06 |
| 04/11 | CCD DEBIT, LEVELUP INC LU PAYMENT 8778263 | 0.47 |
| 04/12 | eTransfer Debit, Online Xfer<br>Transfer to CK 4282967898 | 1,000.00 |
| 04/12 | CCD DEBIT, LEVELUP INC LU PAYMENT 8788327 | 4.99 |
| 04/12 | CCD DEBIT, LEVELUP INC LU PAYMENT 8788325 | 3.11 |
| 04/15 | eTransfer Debit, Online Xfer<br>Transfer to CK 4282967898 | 1,000.00 |
| 04/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 11,100.00 |
| 04/16 | CCD DEBIT, RSS OPERATING ACH DEBIT BYRD RESTAURANT | 650.00 |
| 04/16 | CCD DEBIT, ZAXBYS OPERATING ACH DEBIT BYRD RESTAURANT | 125.00 |
| 04/16 | CCD DEBIT, LEVELUP INC LU PAYMENT 8821118 | 2.59 |
| 04/16 | CCD DEBIT, LEVELUP INC LU PAYMENT 8830602 | 1.96 |
| 04/16 | CCD DEBIT, LEVELUP INC LU PAYMENT 8808749 | 0.84 |
| 04/17 | CCD DEBIT, ZAXBYS OPERATING ACH DEBIT BYRD RESTAURANT | 627.00 |
| 04/17 | CCD DEBIT, ZAXBYS MULTI-DMA ACH DEBIT BYRD RESTAURANT | 313.50 |
| 04/17 | CCD DEBIT, ZAXBYS NATL MKT ACH DEBIT BYRD RESTAURANT | 209.00 |
| 04/17 | CCD DEBIT, LEVELUP INC LU PAYMENT 8837948 | 4.49 |
| 04/17 | CCD DEBIT, LEVELUP INC LU PAYMENT 8837946 | 2.94 |
| 04/18 | ELECTRONIC PMT-TEL, MONITRONICS ALARM MON 0975712 | 181.47 |
| 04/18 | CCD DEBIT, LEVELUP INC LU PAYMENT 8848478 | 1.90 |
| 04/19 | CTX DEBIT, PFG - POWELL AR PAYMENT ****003391 | 8,802.06 |
| 04/19 | CCD DEBIT, LEVELUP INC LU PAYMENT 8858280 | 0.38 |
| 04/22 | CCD DEBIT, FLA DEPT REVENUE C01 76477273 | 6,434.96 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

| | |
|---|---|
| Page: | 7 of 8 |
| Statement Period: | Apr 01 2019-Apr 30 2019 |
| Cust Ref #: | 4362786449-039-T-### |
| Primary Account #: | 436-2786449 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/22 | CCD DEBIT, LEVELUP INC LU PAYMENT 8867783 | 0.89 |
| 04/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4282967898 | 2,600.00 |
| 04/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 300.00 |
| 04/23 | CCD DEBIT, LEVELUP INC LU PAYMENT 8877709 | 0.42 |
| 04/23 | CCD DEBIT, LEVELUP INC LU PAYMENT 8887248 | 0.33 |
| 04/24 | ACH DEBIT, FPL DIRECT DEBIT ELEC PYMT ****030248 PPDA | 1,801.18 |
| 04/24 | CCD DEBIT, ZAXBYS OPERATING ACH DEBIT BYRD RESTAURANT | 519.78 |
| 04/24 | CCD DEBIT, ZAXBYS MULTI-DMA ACH DEBIT BYRD RESTAURANT | 259.89 |
| 04/24 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 200.00 |
| 04/24 | CCD DEBIT, ZAXBYS NATL MKT ACH DEBIT BYRD RESTAURANT | 173.26 |
| 04/25 | CCD DEBIT, LEVELUP INC LU PAYMENT 8911549 | 0.33 |
| 04/26 | CTX DEBIT, PFG - POWELL AR PAYMENT ****003391 | 6,516.18 |
| 04/26 | CCD DEBIT, LEVELUP INC LU PAYMENT 8919660 | 2.35 |
| 04/29 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847385695203897 | 500.00 |
| 04/29 | CCD DEBIT, LEVELUP INC LU PAYMENT 8928569 | 0.38 |
| 04/30 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786415 | 7,200.00 |
| 04/30 | eTransfer Debit, Online Xfer<br>Transfer to CK 4362786423 | 7,000.00 |
| 04/30 | CCD DEBIT, LEVELUP INC LU PAYMENT 8942226 | 4.49 |
| 04/30 | CCD DEBIT, LEVELUP INC LU PAYMENT 8942224 | 4.14 |
| 04/30 | CCD DEBIT, LEVELUP INC LU PAYMENT 8960595 | 3.94 |
| 04/30 | CCD DEBIT, LEVELUP INC LU PAYMENT 8951876 | 2.43 |
| | Subtotal: | 93,977.43 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/01 | DEBIT | 928.27 |
| 04/23 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 963.27 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 03/31 | 7,738.20 | 04/16 | 3,371.74 |
| 04/01 | 10,192.98 | 04/17 | 4,855.09 |
| 04/02 | 6,230.78 | 04/18 | 7,062.95 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS ROYAL PALM INC
DIP CASE 19-12991 MFLT

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Apr 01 2019-Apr 30 2019 |
| Cust Ref #: | 4362786449-039-T-### |
| Primary Account #: | 436-2786449 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 04/03 | 5,756.10 | 04/19 | 1,036.22 |
| 04/04 | 1,009.39 | 04/22 | -237.65 |
| 04/05 | 3,165.82 | 04/23 | 2,635.68 |
| 04/08 | 6,857.08 | 04/24 | 1,814.51 |
| 04/09 | 13,180.15 | 04/25 | 4,250.85 |
| 04/10 | 2,624.02 | 04/26 | 719.21 |
| 04/11 | 0.95 | 04/29 | 5,739.29 |
| 04/12 | 1,959.36 | 04/30 | 639.84 |
| 04/15 | 7,313.83 | | |


# Bank
America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

BYRD RESTAURANTS-ROYAL PALM, INC.  
DIP CASE 19-12991 MFLT  
PAYROLL  
9247 EQUUS CIR  
BOYNTON BEACH FL 33472-4327

Page: 1 of 4  
Statement Period: Apr 01 2019-Apr 30 2019  
Cust Ref #: 4362786423-039-T-###  
Primary Account #: 436-2786423

## Chapter 11 Checking

BYRD RESTAURANTS-ROYAL PALM, INC.  
DIP CASE 19-12991 MFLT

Account # 436-2786423

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 328.78 | Average Collected Balance | 1,069.90 |
| Electronic Deposits | 29,200.00 | Interest Earned This Period | 0.00 |
| Other Credits | 1,234.55 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 24,567.38 | Days in Period | 30 |
| Electronic Payments | 5,942.74 | | |
| Other Withdrawals | 140.00 | | |
| Ending Balance | 113.21 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $140.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 9,200.00 |
| 04/02 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 1,000.00 |
| 04/09 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 200.00 |
| 04/10 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 200.00 |
| 04/16 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 11,100.00 |
| 04/23 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 300.00 |
| 04/24 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 200.00 |
| 04/30 | eTransfer Credit, Online Xfer Transfer from CK 4362786449 | 7,000.00 |
| | Subtotal: | 29,200.00 |

# How to Balance your Account

Page: 2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 113.21 |
| Total Deposits + | |
| Sub Total | |
| Total Withdrawals - | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS-ROYAL PALM, INC.
DIP CASE 19-12991 MFLT

Page: 3 of 4
Statement Period: Apr 01 2019-Apr 30 2019
Cust Ref #: 4362786423-039-T-###
Primary Account #: 436-2786423

## DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | RETURNED ITEM | 296.10 |
| 04/10 | RETURNED ITEM | 385.45 |
| 04/23 | RETURNED ITEM | 385.45 |
| 04/24 | RETURNED ITEM | 167.55 |
| | Subtotal: | 1,234.55 |

**Checks Paid**  No. Checks: 53  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/08 | 100020 | 296.10 | 04/16 | 100045 | 1,011.65 |
| 04/03 | 100021 | 1,011.65 | 04/16 | 100046 | 484.87 |
| 04/02 | 100022 | 673.29 | 04/17 | 100047 | 361.62 |
| 04/03 | 100023 | 436.55 | 04/16 | 100048 | 940.25 |
| 04/02 | 100024 | 574.89 | 04/17 | 100049 | 912.78 |
| 04/03 | 100025 | 1,166.42 | 04/23 | 100050 | 167.55 |
| 04/05 | 100026 | 234.55 | 04/16 | 100051 | 135.85 |
| 04/02 | 100028* | 207.94 | 04/16 | 100052 | 386.02 |
| 04/03 | 100029 | 304.01 | 04/16 | 100053 | 43.29 |
| 04/05 | 100030 | 210.94 | 04/17 | 100054 | 359.54 |
| 04/02 | 100031 | 218.40 | 04/18 | 100055 | 426.07 |
| 04/03 | 100032 | 297.88 | 04/18 | 100056 | 161.40 |
| 04/08 | 100033 | 107.74 | 04/16 | 100057 | 156.81 |
| 04/02 | 100034 | 45.32 | 04/18 | 100058 | 456.72 |
| 04/02 | 100035 | 216.37 | 04/18 | 100059 | 103.37 |
| 04/08 | 100036 | 536.49 | 04/18 | 100060 | 566.43 |
| 04/05 | 100037 | 277.81 | 04/16 | 100061 | 1,214.68 |
| 04/04 | 100039* | 439.16 | 04/19 | 100062 | 176.04 |
| 04/02 | 100040 | 1,214.68 | 04/22 | 100063 | 385.45 |
| 04/02 | 100041 | 179.23 | 04/23 | 100063* | 385.45 |
| 04/09 | 100042 | 385.45 | 04/30 | 100064 | 729.01 |
| 04/10 | 100042* | 385.45 | 04/30 | 100065 | 397.93 |
| 04/16 | 100043 | 620.54 | 04/30 | 100066 | 1,011.65 |
| 04/17 | 100044 | 423.50 | 04/30 | 100067 | 561.69 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BYRD RESTAURANTS-ROYAL PALM, INC.
DIP CASE 19-12991 MFLT

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Apr 01 2019-Apr 30 2019 |
| Cust Ref #: | 4362786423-039-T-### |
| Primary Account #: | 436-2786423 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/30 | 100068 | 317.02 | 04/30 | 100077 | 132.83 |
| 04/30 | 100069 | 824.08 | 04/30 | 100081* | 1,214.68 |
| 04/30 | 100076* | 78.29 | | | |
| | | | | Subtotal: | 24,567.38 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | CCD DEBIT, IRS USATAXPYMT ****49524579925 | 2,020.73 |
| 04/19 | CCD DEBIT, IRS USATAXPYMT ****50994220575 | 2,097.41 |
| 04/30 | CCD DEBIT, FLA DEPT REVENUE CUT 76820852 | 1,492.84 |
| 04/30 | CCD DEBIT, IRS USATAXPYMT ****52091395547 | 331.76 |
| | Subtotal: | 5,942.74 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | OVERDRAFT RET | 35.00 |
| 04/10 | OVERDRAFT RET | 35.00 |
| 04/23 | OVERDRAFT RET | 35.00 |
| 04/24 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 140.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 328.78 | 04/16 | 6,205.32 |
| 04/02 | 7,198.66 | 04/17 | 4,147.88 |
| 04/03 | 3,982.15 | 04/18 | 2,433.89 |
| 04/04 | 3,542.99 | 04/19 | 160.44 |
| 04/05 | 798.96 | 04/22 | -225.01 |
| 04/08 | -141.37 | 04/23 | -127.56 |
| 04/09 | -65.72 | 04/24 | 204.99 |
| 04/10 | 99.28 | 04/30 | 113.21 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com